UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | : : : : : : : : : : : : | Civil Action No. 13-4034 (SDW) |
| Plaintiff (s) | | |
| vs | | ORDER OF DISMISSAL |
| COSCO CONTAINER LINES CO. LTD., et al. | | |
| Defendant(s) | | |

It has been reported to the Court that the above-captioned matter has been settled,

**It is on this 14th day of January, 2014**

**ORDERED** that this action is hereby dismissed without prejudice and without costs, subject to the right of the parties upon good cause shown within **60 days**, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

　　　　　　　　　　　　　　　　　　　　/s/ Susan D. Wigenton
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE